UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    FRANCINE L. VASQUEZ

NO. 18-18228 ELF
CHAPTER 13
HEARING: December 7, 2021

ORDER GRANTING FORD MOTOR CREDIT RELIEF FROM STAY
RE: 2016 FORD FUSION MOTOR VEHICLE

It is hereby ordered that:

The Motion of Ford Motor Credit Company, LLC ("Ford Credit") for Relief from the Automatic Stay of Bankruptcy Code Section 362a, [Doc. 47] is granted effective immediately with waiver of FRPB 4001(a)(3). Ford Credit is free to exercise all of its state law *in rem* rights as the lienholder of a 2016 Ford Fusion motor vehicle [VIN...09434] owned by Debtor, Francine Vasquez.

Date:

BY THE COURT:

_____
Bankruptcy Judge